**Melinda FRIEND; et al.,**
**Plaintiffs–Appellees,**

v.

**THE HERTZ CORPORATION,**
**Defendant–Appellant.**

No. 08–16963.

United States Court of Appeals,
Ninth Circuit.

April 14, 2010.

Before: FERNANDEZ, CALLAHAN
and IKUTA, Circuit Judges.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument.

## ORDER

In light of the Supreme Court's decision in *Hertz v. Friend,* 559 U.S. ——, 130 S.Ct. 1181, —— L.Ed.2d —— (2010), the order of the district court granting plaintiff's motion to remand is vacated, and the case is remanded for further proceedings consistent with *Hertz.*